JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LAZARO EMANUEL BARCIA PINEDA,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

CASE NO. 2:26-cv-8469-JWH-SK

**ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

On July 29, 2026, Petitioner Lazaro Emanuel Barcia Pineda, who has been detained by U.S. Immigration and Customs Enforcement ("ICE"), filed an uncounseled habeas petition under 28 U.S.C. § 2241 challenging the lawfulness of his ongoing civil immigration detention. (ECF 1). At the time the petition was filed, petitioner was detained at the California City Immigration Processing Center in California City, California, which is within Kern County. (*Id.* at 1, 76). Per ICE's detainee locator, petitioner remains presently detained at the California City Immigration Processing Center.[1]

Kern County is located within the jurisdiction of the United States District Court for the Eastern District of California. 28 U.S.C. § 84(b). As respondent raises in his answer (ECF 6 at 2-3), petitioner's district of confinement, and thus the proper venue for his habeas petition, is not this District (the Central District), but rather the Eastern District. *See Rumsfeld*

---

[1] This court takes judicial notice *sua sponte* of ICE's online detainee locator system. *See, e.g., Arutyunovich v. Valinken*, 2020 WL 1332495, at *1 n.1 (E.D. Cal. Mar. 23, 2020).

*v. Padilla*, 542 U.S. 426, 447 (2004); *Doe v. Garland*, 109 F.4th 1188, 1199 (9th Cir. 2024).

Accordingly, this Court has the discretion, "in the interest of justice [to] transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see Cook v. Fox*, 537 F.2d 370, 371 (9th Cir. 1976). Here, the Court finds that transfer to the Eastern District, as the district of confinement, will serve the interest of justice, as "dismissal of an action that could be brought elsewhere is time-consuming and justice-defeating." *Amity Rubberized Pen Co. v. Mkt. Quest Grp. Inc.*, 793 F.3d 991, 996 (9th Cir. 2015) (quoting *Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990)) (some internal quotation marks omitted)).

IT IS THEREFORE ORDERED that the Clerk of this Court transfer this matter to the United States District Court for the Eastern District of California.

IT IS FURTHER ORDERED that the Clerk of this Court serve a copy of this Order upon Petitioner.

IT IS SO ORDERED.

DATED: August 6, 2026

STEVE KIM
United States Magistrate Judge